UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PHARMACY PROVIDERS OF OKLAHOMA, INC. | : | |
| | : | |
| VS. | : | CIVIL ACTION NO. 4:22-cv-03187 |
| | : | |
| MEDI BROTHERS, LLC dba BEST CARE PHARMACY a Texas Limited Liability Company and HENRY NGUYEN, an Individual | : : : : | |

## NOTICE OF SETTLEMENT AND DISMISSAL

Plaintiff Pharmacy Providers of Oklahoma, Inc. notifies the Court that, after this case was referred to the Honorable Bankruptcy Judge Christopher M. Lopez, Southern District of Texas, Houston Division wherein was pending the Chapter 11 proceeding In re: Medi Brothers, case no. 22-31085, the parties settled all disputes.  Specifically, Plaintiff states:

1. On January 13, 2023, this Court entered an Order Granting Unopposed Motion for Reference to Bankruptcy Court (Doc. 31).

2. On February 13, 2023, the following docket entry was entered in this proceeding "Deadlines and settings terminated is terminated [sic]. Transferred to Bankruptcy Court, Case no. 4:23ap3017).   Counsel for Plaintiff understood this entry to mean that the case had been terminated.

3. On April 21, 2024, the Bankruptcy Court entered a Stipulation and Agreed Final Order dismissing the adversary case pursuant to a settlement agreement between the parties (Doc. 45 in case no. 22-31085)

**WHEREFORE,** Plaintiff respectfully requests the Court enter an order confirming dismissal and termination of this proceeding. A proposed order is being submitted contemporaneous with this filing.

Respectfully Submitted,

/s Hilary Velandia
Hilary Velandia, OBA No. 21854
Conner & Winters, LLP
4100 First Place Tower
15 East 5th Street
Tulsa, Oklahoma 74103-4344
(918) 586-5693
Fax: (918) 586-8649
hvelandia@cwlaw.com

Attorneys for Plaintiff,
Pharmacy Providers of Oklahoma, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on this day I have forwarded a true and correct copy of the above to Defendants by and through their attorney of record, Larry A. Vick, 13501 Katy Freeway, Suite 1460, Houston TX 77079 and pro se defendant Henry Nguyen at henryskyzone@gmail.com on December 3, 2025.

/s Hilary Velandia