Case 4:22-cv-03187   Document 37   Filed on 12/05/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
December 05, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| PHARMACY PROVIDERS OF OKLAHOMA, INC.,<br><br>Plaintiff,<br><br>VS.<br><br>MEDI BROTHERS, LLC dba BEST CARE PHARMACY a Texas Limited Liability Company and HENRY NGUYEN, an Individual,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 4:22-cv-03187 |

## ORDER OF DISMISSAL

Pursuant to the Notice of Settlement filed by Plaintiff on December 3, 2025 (Doc. 36), this case is dismissed with prejudice, each party to bear their own costs and fees. This proceeding is terminated.

It is so ORDERED.

December 5, 2025

_____
Alfred H. Bennett
United States District Judge

Submitted by:

/s Hilary Velandia

―――――――――――――――
Hilary Velandia, OBA No. 21854
*Admitted Pro Hac Vice*
Ashley Selwyn
Texas Bar No. 24088390
Conner & Winters, LLP
4100 First Place Tower
15 East 5th Street

Tulsa, Oklahoma 74103-4344
(918) 586-5693
Fax: (918) 586-8649
hvelandia@cwlaw.com

Attorneys for Plaintiff,
Pharmacy Providers of Oklahoma, Inc.